WO

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Richard L. Smith and Nina L. Smith,  )
   Plaintiffs,  )
            )   CV 10-590 TUC DCB
v.  )
            )   **O R D E R**
Bank of America N.A.  )
   Defendant,  )
——————————————————————— )

   On April 27, 2011, the Court dismissed the Plaintiffs' Complaint with leave to amend it within 20 days.  No Amended Complaint having been filed,

   **IT IS ORDERED** that the Clerk of the Court shall close this case.

   DATED this 26th day of May, 2011.

David C. Bury
United States District Judge